## (T. D. 35021.)

### SUITS DISMISSED.

SEPTEMBER 29, 1914.

*Scientific apparatus.*—United States v. Dingelstedt & Co. (1263).
*Clerical error.*—United States v. Hudson Trading Co. (1290).

NOVEMBER 30, 1914.

*Jewelry.*—Altman & Co. v. United States (1430).

DECEMBER 15, 1914.

*Shrinkage.*—United States v. Haynes & Co. (1350).

DECEMBER 16, 1914.

*Shrinkage.*—United States v. Milbank, Leaman & Co. (1326).

DECEMBER 22, 1914.

*Fancy electric-light bulbs.*—United States v. Hensel (1400).
*Cork waste.*—United States v. Nairn Linoleum Co. (1441).

---

### REVERSED.

SEPTEMBER, 29 1914.

*Opium, crude or dried.*—Merck & Co. v. United States (1362).
*Fish in tins.*—Bright Brokerage Co. v. United States (1386). Reversed in part, affirmed in part.
*Bicycle handle-bar grips.*—Mead Cycle Co. v. United States (1398).

OCTOBER 21, 1914.

*Fitted leather cases.*—Bischoff & Co. et al. v. United States (1282). Reversed in part, affirmed in part.

NOVEMBER 25, 1914.

*Stem glassware.*—United States v. Burley & Tirrell Co. (1363).

NOVEMBER 27, 1914.

*Compasses—Watch charms.*—Sussfeld, Lorsch & Co. v. United States (1435).

DECEMBER 8, 1914.

*Jewelry.*—United States v. Strawbridge & Clothier (1422) (1423).

---

### AFFIRMED.

OCTOBER 8, 1914.

*Embroidery machines.*—Ahlstrom & Co. et al. v. United States (1443).

OCTOBER 13, 1914.

*Jewelry.*—Gertzen & Co. v. United States (1439).